IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-041-FDW-DCK

| | |
|---|---|
| DANIEL DANFORD and HARRY HOUTMAN, ) ) Plaintiffs, ) ) v. ) ) LOWE'S HOME CENTERS, LLC, and ) LOWE'S COMPANIES INC, ) ) Defendants. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by James J. Mills, concerning Kevin J. Stoops on April 11, 2019. Kevin J. Stoops seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Kevin J. Stoops is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: April 12, 2019

David C. Keesler
United States Magistrate Judge