IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-041-FDW-DCK

| | |
|---|---|
| DANIEL DANFORD and HARRY HOUTMAN, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| LOWE'S HOME CENTERS, LLC, and LOWE'S COMPANIES INC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by James J. Mills, concerning Rod M. Johnston on April 11, 2019. Rod M. Johnston seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Rod M. Johnston is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: April 12, 2019

David C. Keesler
United States Magistrate Judge