IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-041-FDW-DCK

| | |
|---|---|
| DANIEL DANFORD and HARRY HOUTMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S HOME CENTERS, LLC, and ) | |
| LOWE'S COMPANIES INC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) filed by James J. Mills, concerning Jason J. Thompson on October 18, 2019. Jason J. Thompson seeks to appear as counsel *pro hac vice* for Plaintiff, Daniel Danford, individually and on behalf of all other similarly situated individuals. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) is **GRANTED**. Jason J. Thompson is hereby admitted *pro hac vice* to represent Plaintiff, Daniel Danford, individually and on behalf of all other similarly situated individuals.

**SO ORDERED**.

Signed: October 18, 2019

David C. Keesler
United States Magistrate Judge