## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al*. Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name: Katherine M. Bowden
Signature: Katherine M. Bowden
Date: 11-15-19

To be valid, please return via email, facsimile, or mailed and postmarked by **January 5, 2020** to:

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

997152
# 871



## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.*, Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

Robert G. Washington (Please print legibly)

Print Name: Robert Washington
Signature: Robert Washington
Date: 11-19-19

To be valid, please return via email, facsimile, or mailed and postmarked by **January 5, 2020** to:

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com


997154
# 872



## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.*, Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name: Ryan Kapelos
Signature: BK
Date: 11/13/2019

To be valid, please return via email, facsimile, or mailed and postmarked by **January 5, 2020** to:

Danford et al. v. Lowe's Companies, Inc. et al.
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com



997156
#873



## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.*, Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name: Carrie Forbes
Signature: [signed]
Date: 11·14·19

To be valid, please return via email, facsimile, or mailed and postmarked by **January 5, 2020** to:

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com



997161
#874



## Consent To Join Form

I work or worked for Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") on or after April 11, 2016 as an Hourly Manager and performed off-the-clock work in connection with opening or closing the store or in connection with receiving or responding to work related communications on one or more smartphone applications (including, but not limited to: WhatsApp and GroupMe) and was not paid for such work.

I choose to participate in the lawsuit titled *Danford et al. v. Lowe's Companies, Inc. et al.*, Case No. 5:19-cv-00041-FDW-DCK (pending in the United States District Court for the Western District of North Carolina), to recover unpaid wages, including overtime pay, under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

I choose to be represented in this action by the Named Plaintiff, Sommers Schwartz, P.C., and Burns, Day & Presnell, P.A. ("Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Lowe's and/or any related entities or persons potentially liable.

*(Please print legibly)*

Print Name: Paula Aguirre
Signature: Paula A.
Date: 11-13-19

To be valid, please return via email, facsimile, or mailed and postmarked by **January 5, 2020** to:

*Danford et al. v. Lowe's Companies, Inc. et al.*
c/o Notice Administrator
P.O. Box 26170
Santa Ana, CA 92799
Email: lowescollective@simpluris.com
Fax: (714) 917-7455
Online: lowescollective.com

997164
#875

