IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-041-KDB-DCK

| | |
|---|---|
| **DANIEL DANFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **LOWE'S HOME CENTERS, LLC, and** | ) |
| **LOWE'S COMPANIES INC,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 175) filed by Paul J. Peralta, concerning Molly T. Senger on April 21, 2020. Molly T. Senger seeks to appear as counsel *pro hac vice* for Defendants Lowe's Companies and Lowe's Home Centers, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 175) is **GRANTED**. Molly T. Senger is hereby admitted *pro hac vice* to represent Defendants Lowe's Companies and Lowe's Home Centers, LLC.

**SO ORDERED**.

Signed: April 22, 2020

David C. Keesler
United States Magistrate Judge