# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:19-CV-041-KDB-DCK

| | |
|---|---|
| DANIEL DANFORD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOWE'S HOME CENTERS, LLC, and LOWE'S COMPANIES INC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 180) filed by James J. Mills, concerning Seth R. Lesser on April 22, 2020. Seth R. Lesser seeks to appear as counsel *pro hac vice* for Plaintiff Daniel Danford, individually and on behalf of all other similarly situated individuals. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 180) is **GRANTED**. Seth R. Lesser is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 23, 2020

David C. Keesler
United States Magistrate Judge