IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-041-KDB-DCK

| | |
|---|---|
| DANIEL DANFORD, </br> </br> Plaintiff, </br> </br> v. </br> </br> LOWE'S HOME CENTERS, LLC, and </br> LOWE'S COMPANIES INC, </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) **ORDER** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 181) filed by James J. Mills, concerning Fran L. Rudich on April 22, 2020. Fran L. Rudich seeks to appear as counsel *pro hac vice* for Plaintifs Daniel Danford, individually and on behalf of all other similarly situated individuals. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 181) is **GRANTED**. Fran L. Rudich is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 23, 2020

David C. Keesler
United States Magistrate Judge