# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-041-KDB-DCK

| | |
|---|---|
| DANIEL DANFORD, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LOWE'S HOME CENTERS, LLC, and LOWE'S COMPANIES INC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Stipulation To Withdraw Opt-In Consent Forms For Certain Opt-In Plaintiffs" (Document No. 185) filed April 24, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Stipulation To Withdraw Opt-In Consent Forms For Certain Opt-In Plaintiffs" (Document No. 185) is **GRANTED**. Plaintiff shall have up to and including **May 4, 2020** to determine whether the additional 130 arbitration agreements are valid. Defendants shall have up to and including **June 3, 2020** to move to dismiss or compel arbitration for the 130 individuals not so withdrawn.

Signed: April 27, 2020

David C. Keesler
United States Magistrate Judge