IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:19-cv-0041-KDB-DCK

| | |
|---|---|
| DANIEL DANFORD, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,<br><br>    Defendants. | **DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR DISMISSAL OF 129 OPT-IN PLAINTIFFS' CLAIMS** |

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, and Federal Rule of Civil Procedure 12(b)(1), Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Lowe's") hereby respectfully move the Court for an order compelling 94 opt-in plaintiffs, to arbitrate their claims on an individual basis in accordance with their valid and enforceable arbitration agreements, and dismissing them as plaintiffs from this case. These individuals are identified in the Declaration of Melissa Spears, filed as Exhibit A to this motion.

Pursuant to Local Civil Rule 7.1(b), Defendants' counsel attempted to obtain concurrence in the relief sought in this motion, but was unable to do so, thereby necessitating that this motion be filed.

1

Dated: June 3, 2020

Adam K. Doerr (Bar Number: 37807)
ROBINSON, BRADSHAW
 & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
adoerr@robinsonbradshaw.com

Respectfully submitted,

/s/ Jason C. Schwartz
Jason C. Schwartz (admitted pro hac vice)
Karl G. Nelson (admitted pro hac vice)
Molly T. Senger (admitted pro hac vice)
David A. Schnitzer (admitted pro hac vice)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jschwartz@gibsondunn.com
knelson@gibsondunn.com
msenger@gibsondunn.com
dschnitzer@gibsondunn.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Jason C. Schwartz
*Attorney for Defendant*